IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-WRW |
| IN RE: | : |  |
| PREMPRO PRODUCTS LIABILITY | : |  |
| LITIGATION | : | All Cases in Exhibit A |

## ORDER

The PPO8 Motions to Dismiss pending in the cases listed in Exhibit A are GRANTED. Accordingly, Defendants Barr Laboratories, Inc., ESI Lederle Inc., Warner Chilcott (US), LLC, Bristol-Myers Squibb Company, Solvay Pharmaceuticals, Inc., Solvay America, Inc., Greenstone LLC (incorrectly named as Greenstone LLC d/b/a Greenstone Ltd.), Pharmacia & Upjohn Company LLC (incorrectly named as Pharmacia & Upjohn Company Inc. d/b/a Pharmacia & Upjohn Inc.), and Pfizer Inc. are DISMISSED based on the terms and conditions in PPO8.

IT IS SO ORDERED this 22nd day of December, 2008.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

4:08-cv-03781-WRW Granato et al v. American Home Products Corporation, et al

4:08-cv-03783-WRW Green et al v. American Home Products Corporation, et al

4:08-cv-03786-WRW Grim et al v. American Home Products Corporation, et al

4:08-cv-03789-WRW Hager v. American Home Products Corporation, et al

4:08-cv-03797-WRW Harman et al v. American Home Products Corporation, et al

4:08-cv-03799-WRW Harris v. American Home Products Corporation, et al

4:08-cv-03800-WRW Harford v. American Home Products Corporation, et al

4:08-cv-03805-WRW Haynes et al v. American Home Products Corporation, et al

4:08-cv-03807-WRW Henson et al v. American Home Products Corporation et al

4:08-cv-03808-WRW Hiner v. American Home Products Corporation, et al

4:08-cv-03809-WRW Settle et al v. American Home Products Corporation, et al

4:08-cv-03810-WRW Hoffman et al v. American Home Products Corporation, et al

4:08-cv-03815-WRW Holstein et al v. American Home Products Corporation, et al

4:08-cv-03831-WRW Hubbard et al v. American Home Products Corporation, et al

4:08-cv-03835-WRW Isaac et al v. American Home Products Corporation, et al

4:08-cv-03836-WRW Jackson v. American Home Products Corporation, et al

4:08-cv-03837-WRW James et al v. American Home Products Corporation, et al

4:08-cv-03838-WRW Jarrell et al v. American Home Products Corporation, et al

4:08-cv-03839-WRW Javins et al v. American Home Products Corporation, et al

4:08-cv-03843-WRW Jeffers et al v. American Home Products Corporation, et al

4:08-cv-03846-WRW Johnson et al v. American Home Products Corporation, et al

4:08-cv-03847-WRW Jordan et al v. American Home Products Corporation, et al

4:08-cv-03850-WRW Kellar v. American Home Products Corporation, et al

4:08-cv-03851-WRW   Kelly v. American Home Products Corporation, et al

4:08-cv-03856-WRW   King et al v. American Home Products Corporation, et al

4:08-cv-03857-WRW   King v. American Home Products Corporation, et al

4:08-cv-03860-WRW   Knight et al v. American Home Products Corporation, et al

4:08-cv-03874-WRW   Karnes et al v. American Home Products Corporation, et al

4:08-cv-03875-WRW   Kassay et al v. American Home Products Corporation, et al

4:08-cv-03876-WRW   Layfield et al v. American Home Products Corporation, et al

4:08-cv-03877-WRW   Lemasters v. American Home Products Corporation, et al

4:08-cv-03878-WRW   Lester-Houston et al v. American Home Products Corporation, et al

4:08-cv-03879-WRW   Lester et al v. American Home Products Corporation, et al

4:08-cv-03880-WRW   Underwood-Lewis et al v. American Home Products Corporation, et al

4:08-cv-03882-WRW   Linkous v. American Home Products Corporation, et al

4:08-cv-03884-WRW   Lively et al v. American Home Products Corporation, et al

4:08-cv-03884-WRW   Lively et al v. American Home Products Corporation, et al

4:08-cv-03887-WRW   Looman v. American Home Products Corporation, et al

4:08-cv-03888-WRW   Logan et al v. American Home Products Corporation, et al

4:08-cv-03892-WRW   MacKnight et al v. American Home Products Corporation, et al

4:08-cv-03893-WRW   Marcum et al v. American Home Products Corporation, et al

4:08-cv-03894-WRW   Marshall et al v. American Home Products Corporation, et al

4:08-cv-03898-WRW   May v. American Home Products Corporation, et al

4:08-cv-03900-WRW   May v. American Home Products Corporation, et al

4:08-cv-03902-WRW   Mayle et al v. American Home Products Corporation, et al

4:08-cv-03906-WRW   McClure et al v. American Home Products Corporation, et al

4:08-cv-03908-WRW   McCormick v. American Home Products Corporation, et al

4:08-cv-03915-WRW   McManaman et al v. American Home Products Corporation, et al

4:08-cv-03916-WRW   McMillion v. American Home Products Corporation, et al

4:08-cv-03919-WRW   Sams v. American Home Products Corporation, et al

4:08-cv-03921-WRW   Satterfield v. American Home Products Corporation, et al

4:08-cv-03956-WRW   Means et al v. American Home Products Corporation, et al

4:08-cv-03962-WRW   Metz et al v. American Home Products Corporation, et al

4:08-cv-03967-WRW   Midkiff v. American Home Products Corporation, et al

4:08-cv-03969-WRW   Milam et al v. American Home Products Corporation, et al

4:08-cv-03977-WRW   Miller et al v. American Home Products Corporation, et al

4:08-cv-03983-WRW   Moncrief et al v. American Home Products Corporation, et al

4:08-cv-03987-WRW   Monroe et al v. American Home Products Corporation, et al

4:08-cv-03991-WRW   Morgan et al v. American Home Products Corporation, et al

4:08-cv-03996-WRW   Murphy v. American Home Products Corporation, et al

4:08-cv-04001-WRW   Muncy v. American Home Products Corporation, et al

4:08-cv-04031-WRW   Nutter v. American Home Products Corporation, et al

4:08-cv-04034-WRW   Nutter v. American Home Products Corporation, et al

4:08-cv-04048-WRW   Painter et al v. American Home Products Corporation, et al

4:08-cv-04062-WRW   Pemberton et al v. American Home Products Corporation, et al

4:08-cv-04065-WRW   Pennington et al v. American Home Products Corporation, et al

4:08-cv-04067-WRW   Perkins et al v. American Home Products Corporation, et al

4:08-cv-04069-WRW   Perrine et al v. American Home Products Corporation, et al

4:08-cv-04080-WRW   Perry et al v. American Home Products Corporation, et al

4:08-cv-04085-WRW   Pickrell v. American Home Products Corporation, et al

4:08-cv-04088-WRW   Porter et al v. American Home Products Corporation, et al

4:08-cv-04097-WRW   Rice et al v. American Home Products Corporation, et al

4:08-cv-04099-WRW   Roberts et al v. American Home Products Corporation, et al

4:08-cv-04101-WRW   Robinson v. American Home Products Corporation, et al

4:08-cv-04102-WRW   Robinson v. American Home Products Corporation, et al

4:08-cv-04104-WRW   Rogers et al v. American Home Products Corporation, et al